**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
NORTHERN DIVISION**

**VERNA FELTON**                                                                   **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:14-CV-411-DPJ-FKB**

**LEAKE COUNTY SCHOOL DISTRICT;
AND PATRICK POSEY, IN HIS OFFICIAL
CAPACITY AS SUPERINTENDENT
OF THE LEAKE COUNTY SCHOOL DISTRICT**                          **DEFENDANTS**

---

**JUDGMENT OF DISMISSAL**

---

 **THIS DAY THIS CAUSE** came on to be heard on the joint motion, *ore tenus*, of Plaintiff VERNA FELTON and Defendants LEAKE COUNTY SCHOOL DISTRICT AND PATRICK POSEY, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LEAKE COUNTY SCHOOL DISTRICT to dismiss this action, and the parties having announced that this action against Defendants has been fully compromised and settled, and that there remain no issues to be litigated by or between the Plaintiff and Defendants, nor adjudicated and determined by the Court, and the parties having consented to the entry of this Judgment and agreeing that Plaintiff's claims against Defendants should be dismissed with prejudice, with each party to bear its own costs, and the Court being further advised in the premises finds that the motion is well taken and should be granted.

 **IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's claims against LEAKE COUNTY SCHOOL DISTRICT AND PATRICK POSEY, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LEAKE COUNTY SCHOOL DISTRICT shall be, and the same hereby are, dismissed with prejudice as to the claims of Plaintiff against Defendants, with each party to bear its

own costs.

**SO ORDERED AND ADJUDGED** this the 29th day of October, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:


  /s/ *J. Tucker Mitchell*
J. TUCKER MITCHELL, (MSB #3372)
STEPHEN D. STAMBOULIEH (MSB#102784)
ATTORNEYS FOR DEFENDANTS
LEAKE COUNTY SCHOOL DISTRICT
AND PATRICK POSEY, IN  HIS OFFICIAL CAPACITY
AS SUPERINTENDENT OF THE LEAKE
COUNTY SCHOOL DISTRICT


  /s/ *John M. Mooney, Jr.*
JOHN M. MOONEY, JR., ESQUIRE
ATTORNEY FOR PLAINTIFF
VERNA FELTON